# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PILOT BANK,

    Plaintiff,

v.                                CASE NO: 8:12-cv-347-T-26TBM

NATIONWIDE LIFE INSURANCE COMPANY,

    Defendant.
_____/

## O R D E R

Upon due consideration of Defendant's submissions, it is ordered and adjudged that Defendant's Motion to Compel (Dkt. 27) is denied. The Court will not compel Plaintiff to release sensitive information about its previous employees such as their dates of birth and social security numbers, notwithstanding the cited case of Wheeler v. Blackbear Two, LLC, 2012 WL 5989423 (M.D. Fla. 2012) which is not binding on this Court.

**DONE AND ORDERED** at Tampa, Florida, on April 30, 2013.

                                       s/*Richard A. Lazzara*
                                     **RICHARD A. LAZZARA**
                                     **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record